IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **BENJAMIN WATSON,** | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION NO. 5:13-CV-48 (MTT) |
| **JASON MEDLIN, Warden, and BRIAN OWENS, Commissioner,** | ) |
| Respondents. | ) |

## ORDER

This matter is before the Court on the Recommendation of Magistrate Judge Charles H. Weigle. (Doc. 18). The Magistrate Judge recommends granting the Respondents' motion to dismiss (Doc. 8) because the Petitioner's 28 U.S.C. § 2254 petition is untimely, and he has not established adequate grounds for equitable tolling. The Magistrate Judge further recommends denying a certificate of appealability. The Petitioner has not objected to the Recommendation.

The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is **ADOPTED** and made the order of this Court. Accordingly, the Respondents' motion to dismiss (Doc. 8) is **GRANTED**, the Petitioner's § 2254 petition (Doc. 1) is **DISMISSED as time-barred**, and the Petitioner's motion for a hearing (Doc. 15) is **DENIED as moot**. Because the Petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability is **DENIED**. Thus, any motion to proceed *in forma pauperis* on appeal would be moot.

**SO ORDERED**, this 21stday of February, 2014.

                                                        <u>S/ Marc T. Treadwell</u>  
                                                        MARC T. TREADWELL, JUDGE  
                                                        UNITED STATES DISTRICT COURT